**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

Ayasar Ala' Ali ABURAYYAN,

    *Petitioner*,

v.

SHAD RICE, in his official capacity as
Facility Administrator, Central Louisiana
ICE Processing Center;

SCOTT LADWIG, in his official capacity
as Acting Field Office Director of the New
Orleans Field Office for U.S. Immigration
and Customs Enforcement;

    *Respondents*.

Case No. 26-cv-354

<u>**ORDER**</u>

*Considering Plaintiff's Unopposed Motion to Dismiss* (Doc. No. 18),

**IT IS HEREBY ORDERED** that the Petitioner's petition for habeas corpus be dismissed.

THUS DONE AND SIGNED in chambers on this 16th day of June, 2026.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE